UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROSALYN LOPEZ, | Case No. 2:17-cv-00442-MMD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| XL, INC., | |
| Defendant. | |

This matter is before the court on defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed February 9, 2017. Defendant file an Answer (ECF No. 14) May 17, 2017. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, defendant has failed to comply. Accordingly,

**IT IS ORDERED** defendant shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than June 16, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 2nd day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE