TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSALYN LOPEZ, an individual, | CASE NO: 2:17-cv-00442-MMD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S DISABILITY CLAIM (First Request) AND MOTION FOR SUMMARY JUDGMENT ON RETALIATION CLAIM (First Request)** |
| XL, INC. d/b/a/ GREAT CLIPS, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff, ROSALYN LOPEZ (hereinafter "Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant XL, INC. d/b/a/ GREAT CLIPS (hereinafter "Defendant"), by and through its counsel, HUTCHISON & STEFFEN, LLC, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment on Plaintiff's Retaliation Claim [ECF #33] and Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim [ECF #34]. This is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment on Plaintiff's Retaliation Claim and Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim. Accordingly, Plaintiff shall have up to and including May 1, 2018 to respond to

Defendant's Motion for Summary Judgment on Plaintiff's Retaliation Claim [ECF #34] and Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim [ECF #34].

Plaintiff's responses to both of Defendant's Motions are currently due April 4, 2018. Plaintiff's counsel requests the extensions due to conflicts in his work schedule and he will be out of the country on a scheduled family vacation from March 23, 2018, through April 10, 2018.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of the time for Plaintiff to respond to Defendant's Motion for Summary Judgment on Plaintiff's Retaliation Claim and Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim.

Dated: March 23, 2018                          Dated: March 23, 2018

HATFIELD & ASSOCIATES, LTD.          HUTCHISON & STEFFEN, LLC

/s/ Trevor J. Hatfield                          /s/ Christian M. Orme

_____          _____

Trevor J. Hatfield, Esq. (SBN 7373)      Mark A. Hutchison, Esq. (SBN 4639)
703 S. Eighth St.                              Christian M. Orme, Esq. (SBN 101750)
Las Vegas, NV 89101                          HUTCHISON & STEFFEN, LLC
(702) 388-4469 Tel.                          Peccole Professional Park
(702) 386-9825 Fax                          10080 West Alta Drive, Suite 200
thatfield@hatfieldlawassociates.com      Las Vegas, NV 89145
*Attorney for Plaintiff*                         (702) 385-2500 Tel.
                                                (702) 385-2086 Fax
                                                Email: mhutchison@hutchlegal.com
                                                Email: corme@hutchlegal.com
                                                *Attorneys for Defendant,*
                                                *XL, Inc. d/b/a Great Clips*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:___March 26_____, 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of March, 2018, I electronically filed the foregoing

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO**

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S**

**RETALIATION CLAIM  (First Request) AND DEFENDANT'S MOTION FOR SUMMARY**

**JUDGMENT ON PLAINTIFF'S DISABILITY CLAIM (First Request)** with the Clerk of the

Court using the ECF system which served the parties hereto electronically.

DATED:  March 23, 2018

                                   **HATFIELD & ASSOCIATES, LTD.**

                                         */s/ Freda P. Brazier*

                          By:_____

                                   An employee of Hatfield & Associates, Ltd.