TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROSALYN LOPEZ, an individual,

    Plaintiff,

vs.

XL, INC. d/b/a/ GREAT CLIPS, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO: 2:17-cv-00442-MMD-PAL

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S DISABILITY CLAIM**
**(Second Request)**

COMES NOW, Plaintiff, ROSALYN LOPEZ (hereinafter "Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant XL, INC. d/b/a/ GREAT CLIPS (hereinafter "Defendant"), by and through its counsel, HUTCHISON & STEFFEN, LLC, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim [ECF #34], due on May 1, 2018, to May 4, 2018. This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4, and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim.

///

///

1

Plaintiff's counsel requests the extension due to having been out of the country on a scheduled family vacation from March 23, 2018, through April 10, 2018, and not having time to meet with Plaintiff to prepare a responsive declaration to Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim [ECF #34]. In addition, Plaintiff stipulates to dismiss her retaliation claim, under separate stipulation and proposed order, whereby Defendant's Motion for Summary Judgment on Plaintiff's Retaliation Claim [ECF #33] is moot. Plaintiff has not had an opportunity to provide a stipulation to Defendant's counsel for dismissal of that claim.

Accordingly, Plaintiff shall be extended until May 4, 2018 to provide a response to Defendant's Motion for Summary Judgment on Plaintiff's Disability Claim [ECF #34].

Dated: May 1, 2018

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*
_____
Trevor J. Hatfield, Esq. (NSB 7373)
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: May 1, 2018

HUTCHISON & STEFFEN, LLC

/s/ *Christian M. Orme*
_____
Mark A. Hutchison, Esq. (NSB 4639)
Christian M. Orme, Esq. (NSB 101750)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500 Tel.
(702) 385-2086 Fax
Email: mhutchison@hutchlegal.com
Email: corme@hutchlegal.com
*Attorneys for Defendant,*
*XL, Inc. d/b/a Great Clips*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:___May 1_____, 2018.

## CERTIFICATE OF SERVICE

I certify that on the 1st day of May 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S DISABILITY CLAIM (Second Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: May 1, 2018

**HATFIELD & ASSOCIATES, LTD.**

By: */s/ Trevor J. Hatfield*
An employee of Hatfield & Associates, Ltd.