1  Mark A. Hutchison (4639)
   Christian M. Orme (10175)
2  **HUTCHISON & STEFFEN, PLLC**
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
4  Las Vegas, Nevada 89145
   mhutchison@hutchlegal.com
5  corme@hutchlegal.com
   Telephone: (702) 385-2500
6  Facsimile: (702) 385-2086

7
   *Attorney for Defendant,*
8  *XL, Inc. d/b/a Great Clips*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALYN LOPEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>XL, INC. d/b/a/ GREAT CLIPS, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO: 2:17-cv-00442-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S DISABILITY CLAIM**<br>**(First Request)** |

COMES NOW, Defendant XL, INC. d/b/a/ GREAT CLIPS (hereinafter "Defendant"), by and through its counsel, HUTCHISON & STEFFEN, PLLC, and Plaintiff, ROSALYN LOPEZ (hereinafter "Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and hereby stipulate and agree to extend the time for Defendant to provide a reply in support of its Motion for Summary Judgment on Plaintiff's Disability Claim [ECF #34], due on May 18, 2018, to June 1, 2018. This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4, and is the parties' first request for an extension of time for Defendant to provide a reply in support of its Motion for Summary Judgment on Plaintiff's Disability Claim.

///

///

1

Defendant's counsel requests the extension due to being out of town in the days leading up to the original deadline. Defendant also seeks additional time in order to contact out-of-state witnesses necessary to Defendant's reply.

Accordingly, Defendant shall be extended until June 1, 2018 to provide a reply in support of its Motion for Summary Judgment on Plaintiff's Disability Claim [ECF #34].

Dated: May 16, 2018

HUTCHISON & STEFFEN, LLC

*/s/ Christian M. Orme*
_____
Mark A. Hutchison, Esq. (NSB 4639)
Christian M. Orme, Esq. (NSB 101750
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500 Tel.
(702) 385-2086 Fax
Email: mhutchison@hutchlegal.com
Email: corme@hutchlegal.com
*Attorneys for Defendant,*
*XL, Inc. d/b/a Great Clips*

Dated: May 16, 2018

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor Hatfield*
_____
Trevor J. Hatfield, Esq. (NSB 7373)
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 16, 2018.

2