UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSALYN LOPEZ,<br><br>       Plaintiffs,<br>v.<br>XL, INC.<br><br>       Defendant. | Case No. 2:17-cv-00442-MMD-PAL<br><br>ORDER |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for January 24, 2019 at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **9:30 a.m. February 14, 2019,** in Chambers, Room 3071, of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.
2. The deadline for chambers to receive the confidential settlement conference statements, currently due January 17, 2019, is **VACATED** and **CONTINUED** to be received not later than **4:00 p.m., February 7, 2019**.
3. All other instructions contained in the Order Scheduling Settlement Conference (ECF No. 53) shall remain in effect.

DATED this 4th day of December, 2018.

                    _____
                    PEGGY A. LEEN
                    UNITED STATES MAGISTRATE JUDGE