Mark A. Hutchison (4639)
Christian M. Orme (10175)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
mhutchison@hutchlegal.com
corme@hutchlegal.com
Telephone:  (702) 385-2500
Facsimile:   (702) 385-2086

***Attorney for Defendant,***
***XL, Inc. d/b/a Great Clips***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSALYN LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XL, INC. d/b/a/ GREAT CLIPS, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-00442-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Plaintiff Rosalyn Lopez and Defendant, XL, Inc., dba Great Clips stipulate that this matter be dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

DATED this 4th of March, 2019.                         DATED this 4th of March, 2019.

HATFIELD & ASSOCIATES, LTD.                 HUTCHISON & STEFFEN, LLC


*/s/Trevor Hatfield*                                          */s/Christian Orme*
Trevor J. Hatfield, Esq.  (NSB 7373)          Christian M. Orme (10175)
703 S. Eighth St.                                        Peccole Professional Park
Las Vegas, NV 89101                                10080 West Alta Drive, Suite 200
(702) 388-4469 Tel.                                   Las Vegas, NV 89145

*Attorney for Plaintiff*                                 *Attorney for Defendant*

1

2
**ORDER**

3
Upon stipulation of the parties, it is hereby:

4
ORDERED, ADJUDGED, AND DECREED that the Complaint filed in the above-

5
entitled case is hereby dismissed, with prejudice, each party to bear his/its own costs and fees.

6

7
DATED this <u>4th</u> day of _____March_____, 2019.

8

9

10
_____

11
UNITED STATES DISTRICT COURT JUDGE

12
Submitted by:

13
HUTCHISON & STEFFEN, PLLC

14

15
*/s/Christian Orme*
Christian M. Orme (10175)

16
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

17

18
***Attorney for Defendant***

19

20

21

22

23

24

25

26

27

28